Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff, Jose Escobedo

ROBERT M. DOWD, #070685
MARIO U. ZAMORA, #258721
GRISWOLD, LaSALLE, COBB,
    DOWD & GIN, L.L.P.
111 E. Seventh Street
Hanford, CA 93230
Telephone: (559) 584-6656
Facsimile: (559) 582-3106
E-mails: dowd@griswoldlasalle.com; zamora@griswoldlasalle.com

Attorneys for Defendants, Hanford Chinese Kitchen, LLC; Augustine Keng-Hou Wu, Co-Trustee of The Wu Family Living Trust, U/A dated September 15, 2006; and Wah Wong Wu, Co-Trustee of The Wu Family Living Trust, U/A dated September 15, 2006

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | No. 1:15-cv-00879-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| HANFORD CHINESE KITCHEN, LLC, et al., | |
| Defendants. | |

Plaintiff, JOSE ESCOBEDO ("Plaintiff"), and Defendants, HANFORD CHINESE KITCHEN, LLC; AUGUSTINE KENG-HOU WU, Co-Trustee of The Wu Family Living Trust, U/A dated September 15, 2006; and WAH WONG WU, Co-Trustee of The Wu Family Living Trust, U/A dated September 15, 2006 (collectively "Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. A Mandatory Scheduling Conference is currently scheduled in this matter for September 10, 2015;

2. On September 9, 2015, Defendants provided a Certified Access Specialist ("CASp") Report to Plaintiff for the purpose of resolving Plaintiff's equitable claims. Plaintiff has not yet had the opportunity to review the report;

3. The Parties had also previously agreed to a site inspection of the subject property on September 10, 2015; however, the inspection must be rescheduled to allow Plaintiff time to review the CASp report;

4. The parties based the dates originally proposed in the Joint Scheduling Report on the date of the site inspection;

5. The Parties wish to explore settlement before incurring the fees and costs associated with both the site inspection and the Scheduling Conference, and to conserve Court resources where an independent settlement may be reached without the need for the site inspection or the Scheduling Conference; therefore,

6. The Parties agree that the Scheduling Conference may be continued from September 10, 2015 to November 19, 2015 at 10:15 a.m.

**IT IS SO STIPULATED.**

Dated: September 9, 2015           MOORE LAW FIRM, P.C.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Jose Escobedo

Dated: September 9, 2015           GRISWOLD, LaSALLE, COBB,
                                        DOWD & GIN, L.L.P.


                                   */s/ Mario U. Zamora*
                                   Mario U. Zamora
                                   Attorneys for Defendants,
                                   Hanford Chinese Kitchen, LLC; Augustine Keng-Hou Wu, Co-Trustee of The Wu Family Living Trust, U/A dated September 15, 2006; and Wah Wong Wu, Co-Trustee of The Wu Family Living Trust, U/A dated September 15, 2006

**ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Conference currently set for September 10, 2015 is hereby continued to November 19, 2015 at 10:15 a.m. in Courtroom 8 before Magistrate Judge Sheila K. Oberto.  The parties are to file an updated Joint Scheduling Report at least seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **September 9, 2015**                              **/s/ Sheila K. Oberto**
                                                                                  UNITED STATES MAGISTRATE JUDGE