1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ESCOBEDO, | ) | No.  1:15-cv-00879-LJO-SKO |
| Plaintiff, | ) ) | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) ) | |
| HANFORD CHINESE KITCHEN, LLC, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and
2 Defendants Hanford Chinese Kitchen, LLC; Augustine Keng-Hou Wu, Co-Trustee of The Wu
3 Family Living Trust, U/A dated September 15, 2006; and Wah Wong Wu, Co-Trustee of The
4 Wu Family Living Trust, U/A dated September 15, 2006, the parties to this action, by and
5 through their respective counsel, that pursuant to Federal Rule of Civil Procedure
6 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each
7 party is to bear its own attorneys' fees and costs.

9 Dated: November 23, 2015                MOORE LAW FIRM, P.C.

12                                        */s/ Tanya E. Moore*
                                          Tanya E. Moore
13                                        Attorney for Plaintiff,
                                          Jose Escobedo

15 Dated: November 23, 2015                GRISWOLD, LaSALLE, COBB,
                                          DOWD & GIN, L.L.P.

18                                        */s/ Mario U. Zamora*
                                          Mario U. Zamora
19                                        Attorneys for Defendants,
                                          Hanford Chinese Kitchen, LLC; Augustine
20                                        Keng-Hou Wu, Co-Trustee of The Wu Family
                                          Living Trust, U/A dated September 15, 2006;
21                                        and Wah Wong Wu, Co-Trustee of The Wu
                                          Family Living Trust, U/A dated September 15,
                                          2006

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **November 23, 2015**            /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE